Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 1:24-CR-2006-SAB-1 |
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| CHARMMORRO VIJAY STROTHERS, | |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Benjamin D. Seal, Assistant United States Attorney, submits the following Sentencing Memorandum.

I.  Sentencing Recommendation

The Government recommends a sentence of 30 months. This is a sentence at the high end of the guideline range.

The Government believes that a 30 month sentence is appropriate because Defendant's fraud involved impersonating a police officer and threatening the victims with jail if they did not comply with his demands.

Respectfully submitted this 30th day of July 2024.

                        Vanessa R. Waldref
                         United States Attorney

                        *s/ Benjamin D. Seal*
                        Benjamin D. Seal
                        Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to all counsel of record.

                                         *s/ Benjamin D. Seal*
                                         Benjamin D. Seal
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         402 E. Yakima Ave., Suite 210
                                         Yakima, WA    98901
                                         (509) 454-4425