To the Honorable Judge Bastin
United States District Court Judge

My name is Joua Kue and I am the fiancé of Charmmorro Strothers. I am writing to you to advocate for Charmmorro, whom I have known for 8 years. It is an honor to vouch for his character in my time knowing him.

I first met Charmmorro at Williams Sonoma in 2017. Charmmorro was a delivery driver working under my supervision. He was very hard-working, responsible and one of our most dependable drivers. For the years of him working with me as a delivery driver, he has proven himself time and time again as being one of the better drivers. Our reoccurring customers have requested him to be their driver due to his kindness and respect of their home. Charmmorro has always shown the upmost respect even during times of adversity. He goes above and beyond for the job and is someone we can always count on. His hard work and dedication to the job was appreciated and contributes to his success as our top driver.

In 2020 I lost my father, and it took a toll on me. Charmmorro heard about my loss and gave me his condolences. Slowly over the grieving process he became the only person I could talk to about the feeling of losing someone so important. We became great friends, and he helped me out of the depression I fell into. He helped me gain the confidence I lost as well as teach me what healthy relationships and self-love truly look like. Charmmorro's patience and kindness towards me during that time made me look deeper into who he was as a person, and we soon began dating. I don't have much family in Georgia, Charmmorro and his family opened their homes up to me and gave me a little piece of family here in Georgia. I met his two children and saw the love and care he has for them. He is so patient and understanding with his children. His main goal is to be a dad they are proud of, and he does a great job of that. The love Charmmorro has in his heart for the people closest to him is shown over and over. He goes above and beyond for me, his kids and his family, there's never a phone call that goes unanswered or family gathering missed. He plays a vital role in our family structure and a big part of our life is missing.

Sincerely,

*Joua Kue*

Joua Kue

DEAR JUDGE STANLEY,

HELLO MY NAME IS DA'TORRION SCOTT I AM WRITING THIS LETTER ABOUT MY DAD. I AM FOURTEEN YEARS OLD I WOULD LIKE TO LET YOU KNOW THAT MY DAD IS A GREAT PERSON.HE IS A GREAT DAD AND HE GIVES ME THE BEST ADVICE WHEN I NEED IT. I LOVE MY DAD A LOT MY SIBLINGS AND I REALLY NEED HIM HOME WITH US.  WE MISS SPENDING TIME WITH HIM AND WATCHING MOVIES AND PLAYING MY GAME WITH HIM. SINCE HE HAS BEEN IN JAIL I MISS TALKING TO HIM AND SEEING HIM IT FEELS LIKE MY BESTFRIEND HAS BEEN TAKEN AWAY FROM ME HE IS SO FAR AWAY THAT I CAN'T EVEN SEE HIM IF I WANTED TO VISIT HIM.IT MAKES ME SAD AND MAKES ME FEEL ALONE WHEN HE IS NOT ABLE TO BE HERE WITH ME. WE WERE SUPPOSE TO SPEND OUR SUMMER TOGETHER BUT SINCE HE HAS BEEN GONE ITS NOT POSSIBLE. I KNOW THAT HE HAS MADE A TERRIBLE MISTAKE PLEASE GIVE MY DAD A SECOND CHANCE TO DO BETTER AND MAKE BETTER DESCISIONS.

**Attachment 1 p. 2**

The Honorable Stanley Bastian
United States District Court Judge
306 E. Chestnut Ave
Yakima, WA 98901

August 10,2024

Dear Honorable Stanley Bastian,

It is an honor to be able to speak with you, unfortunately in this way. My name is Barbara Anderson, I am Charmmorro Strother's Mom. I hope you are doing well and would also like to thank you for giving me an opportunity to speak with you .

 Charmmorro is a very bright and intelligent person. Charmmorro was not a troubled child, he was a traumatized child. The trauma in his life at a young age isn't what anyone what's for any child, not just their own. He has lost 3 of his good friends at the age of 8, he has lost two brothers before he turned 18.

Charmmorro has had his children and has been a provider for them. His children are the light of his life. They are the best thing that has happened to them. When they see him I wish you can see the smile and the glow that they have on their faces. It is a priceless moment. To his children he is everything. (To me as well as I am mom so he is everything to me and more). Charmmorro is definitely a family man.

Charmmorro, I have so much to say about him. He is a hard worker.. Your Honor I want to apologize to you on behalf of our family for having Charmmorro visit your courtroom. I want to also thank you for taking the time out to read all the letters from family and friends that have come to you on behalf of Charmmorro. I know that he will redeem himself once he is given a chase.

Warm Regards,

*Barbara Andersoa*

Barbara Anderson

**Attachment 1 p. 3**

Dear The Honorable Stanley Bastian

    United States District Court judge,

Hello! My name is Courtney Scott I have prepared this letter in reference to Charmmorro Strothers who is appearing before your court.

I have known Charmmorro Strothers for sixteen years. He is my best friend and my secret diary. We were classmates and neighbors also we are great co-parents to our 14-year-old son. I believe I am in great position to speak about Charmmorro's moral character. I am aware that Charmmorro has done wrong, and I do understand the seriousness of the charges brought against him as well. I hope you will take this letter into account when you make your final decision. Charmmorro is a great person. What he has done does not define the person he is. Over the years I've known Charmmorro he's always been helpful to others. He's a great mentor, great father, a great friend and an awesome brother/uncle. Always wanting better and the best for others, he puts the P in peace. He is a very smart and very intelligent person. He would give the shirt off his back. Living in a neighborhood of great poverty growing up in a single parent home without his father it has always bothered him not having the guidance from his dad that he mourned during the years growing into a young man. I could remember times I would have thoughts of giving up on life I had no one to listen or understand me but I knew just the person who would be my listening ear the person that would give the greatest advice to keep me going and to keep me motivated to not give up. The greatest thing he's done for me was blessed me with the greatest gift of life our son Da'torrion. While being a teen I honestly always thought he carried so much more pain and responsibility than a kid/teen should have to carry but he did it as if he were carrying a weight with no pounds. I know with all the great things being said about a person and the wrongful actions from Charmmorro doesn't seem up to par but, I know he feels remorseful for his actions, and he takes full responsibility for what he has done which led him into your court today. Charmmorro's incarceration sets a big impact on his son by him not being able to be present due to making a poor decision. He's missing birthdays, holidays and great accomplishments such as his son's 8th grade graduation, academic awards ceremony, sports accomplishments and prom. He's missing out on daily calls and quality time his son looks forward to. It brings lots of stress and depression to his loved ones not knowing what to expect as the outcome. wondering when he'll be home in a comfortable place instead of a 23 hour lock down unit. Despite the things he has done I know that Charmmorro Strothers is capable of being a better person and making better decisions for himself his children and his family.

Curtisha Manuel
Houston, TX 77504

July 24, 2024

To: The Honorable Judge Stanley Bastian

I am writing this letter on behalf of my cousin Charmmorro Strothers, whom I've had the pleasure of being raised with to be more like a sibling. My purpose in writing this letter to you is to highlight the type of individual Charmmorro is and the significant impact his incarceration will have on our family.

Charmmorro and I have an extremely close bond, as we are near in age and at one point grew up in the same household due to family hardships. Charmmorro is the kind of man that is always supportive, shows up when it matters most, and goes out of his way to be a helping hand to any individual. There aren't many males in our family so Charmmorro's presence and absence carry significant weight, for not only his children but the younger generation that values him as a role model.

Charmmorro's incarceration has personally and will continue to impact my everyday life. Charmmorro was my biggest cheerleader while I navigated Nursing School, often being a voice of reason on the days I thought I wasn't cut out for the profession that is my passion and wanted to quit. Charmmorro also helped me start my first LLC. From offering advanced business guidance, ensuring my documentation was accurate and up to par, providing resources to expound on and establish business credit, physically showing up to my events, and pouring into me emotionally to help cultivate a spirit of entrepreneurship. For my family Charmmorro has always been a protector, provider, and leader. For myself, he is my confidant and biggest advocate for ensuring I am getting the best life has to offer.

Charmmorro is a kind, intelligent, compassionate, hardworking, respectable, thoughtful, and well-mannered gentleman. While I am aware of the consequences of what he is facing, I would like to ask for leniency for Charmmorro at this time. During his time of confinement, I can attest that Charmmorro has used this period of introspection to help with his personal rehabilitation and transformation.

I sincerely hope you are able to consider the strong sentiments of the character reference letters provided before passing a sentence. On behalf of our family, it is our hope that Charmmorro can be afforded a fair decision and an opportunity to be integrated back into society soon. Charmmorro is still regarded as an honorable individual, treasured community member, and an overall great human being. Thank you for your time and any consideration Judge Bastian.

Respectfully,

Curtisha Manuel

Dear The Honorable Stanley Bastian United States District Court Judge

   Hello your Honor I am writing you this character letter in reference to my good friend Charmmorro Strothers who I have known for 7 years since working together at Williams Sonoma Distribution Center. Ever since we've crossed paths I have found Charmmorro to be a stand up guy trustworthy, family oriented, hard working, and highly intelligent. He is truly a respectable person and I am not just saying that because he's my friend it's the truth. He is a person of exceptional character and reputation. Charmmorro has a strong moral compass and I believe my friend will continue to be a productive and law abiding member of society giving another chance at proving himself worthy. I strongly recommend Charmmorro for clemency and leniency your honor.

Sincerely,

Leandrow Pearse

**Attachment 1 p. 6**

The Honorable Stanley Bastian
United States District Court Judge
306 E Chestnut Ave.
Yakima, WA 98901

May 11, 2024

Dear Honorable Stanley Bastian,

It is very unfortunate to hear the matters pertaining Mr. Charmmorro Strothers. This letter, in no way, has any intent to address these matters but instead to focus on the interactions, behaviors, character, and person Mr. Strother's was and is with me.

Mr. Strothers was a delivery driver for the company I'm currently employed with, and he has been in this roll since I started back on August 2021. Throughout his time in this role, he has continued to exemplary character to our company, to our team members, to his peers, and most importantly our customers. His smiling face and willingness to ensure our customers were satisfied, far beyond his obligations, was a model for his peers and our company as a whole. He was often requested specifically by individual customers and our store clientele, knowing that he would perform at a high level and doing it with respect, care, and a smiling face.

At work, we try our best to not get involved with team members in a personal level, but when working alongside team members for extended periods of time you get to learn a little of their stories. Mr. Strother has a loving family that adores him, and he cares tremendously about, he has a girlfriend that he loves deeply that he would do anything for, and he has strong friendships. Mr. Strother is a good man. I'm aware that mistakes have been made that on the outside looking in can seem inexcusable if looked at on paper, without knowing the man. I attest that Mr. Strothers is a man of great character, great heart, great attitude and if given the opportunity would show redemption.

Warm Regards,

Noel Vasquez
CEO

**Attachment 1 p. 7**

August 12, 2024

To the Honorable Stanley Bastian, United States District Court Judge

My name is Sharmele West-Smith, and I am writing in support of Charmorro Strothers. Charmorro is my cousin's son, and I have known him his entire life.

I have watched Charmorro grow from a child facing difficult circumstances into the intelligent and capable young man he is today. While his upbringing presented challenges, he has always shown remarkable resilience and determination. He is a dedicated father to his children and a loving, supportive member of our family.

Charmorro has consistently demonstrated a strong work ethic, always holding down a good job and providing for his loved ones. He has a big heart and is always there for his family, offering both emotional and practical support whenever needed.

Our entire family loves Charmorro dearly, and we are deeply saddened by his current situation. While I am unfortunately unable to be physically present in court due to the distance, I want to express my unwavering support for him. I know in my heart that he did not intend for things to unfold this way. I believe there must have been some extenuating circumstances that led him to make the choices he did.

I implore the court to consider Charmorro's character, his potential, and the love and support he has from his family. We are confident that, given the opportunity, he will use this experience to grow and make positive contributions to society.

Thank you for your time and consideration.

Sincerely,


Sharmele West-Smith

**Attachment 1 p. 8**

The Honorable Stanley Bastian
United States District Court Judge

  I am writing this letter of my support for my nephew, Charmmorro Strothers. I have been a part of Chammorros' life since his birth, in Boston, Massachusetts. My sister, his grandmother, and I have always had a very close relationship. When I relocated to Georgia my sister and her children all followed. I watched Charmmorro grow from a young boy to a fine, responsible young man. He has always been helpful, courteous and very considerate. He was always willing to do whatever was needed to assist a family member, friend or a stranger in need

  When I relocated from Georgia to Texas, after working a night shift, he drove my moving truck to help offset my moving expenses. Charmmorro is extremely family oriented. He attends all our family gatherings. He has a close relationship with his children. They spend lots of time with him and his incarceration has left a big gap in their life. This gap is not only physically but economically as well.

  Charmmorro is a quick study and learns from his mistakes. I pray that he has conveyed how this situation has changed his life and how he has learned from his mistake. His family knows how he had struggled to make a life for himself and his family. This is not the life that he chooses and I am confident that this has been a hard learned lesson.

Respectfully submitted;

Stephany Shorter

**Attachment 1 p. 9**